| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 10 M | |
|---|---|---|---|

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Karen L. Hom | ~~REPORTER~~/DIGITAL RECORDING: Zoom Webinar Time: 11:08-11:18 | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE JOSEPH C. SPERO | DATE December 16, 2021 | NEW CASE ☐ | CASE NUMBER 21-mj-71960-MAG-1 | |

### APPEARANCES

| DEFENDANT Christopher James Wagner | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Dan Blank | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Kenneth Chambers | INTERPRETER NA | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D Appointment confirmed. | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Jessica Portillo | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐ OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL Held | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 01/3/2022 (prev. set) | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: Noon - by Zoom | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING _____ | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Kim | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED AND 12/16/2021-01/03/2022 | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Due to the Covid-19 pandemic, all parties consent to proceed by Zoom video. Additional proffer heard re: financial status. Court will enter an order regarding re-payment of fees when this case has concluded. Court requested that the AUSA look into the return of employer owned devices ASAP.

DOCUMENT NUMBER: