## INFORMATIONAL MEMORANDUM COVER SHEET

**TO:**      **The Honorable Joseph C. Spero**     **U.S.**    **RE:**   **WAGNER, Christopher**
                **Chief Magistrate Judge**

**FROM:**    **Silvio Lugo, Chief**                 **Docket No.:**    **3:21-mj-71960-MAG**
                **U.S. Pretrial Services Officer**

**Date:**       **March 24, 2022**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jalei Kinder                             (408) 535-5230

U.S. Pretrial Services Officer                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X]    Inform all parties concerned that I will conduct a Bail Review Hearing ~~in Courtroom No.~~ by Zoom Webinar
                   on __Friday, 3/25/2022__ at __10:30 AM__ .

[ ]    Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ]    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]    Modification(s)

U.S. Pretrial Services respectfully recommends the following condition of release be added:

[ ]    Bail Revoked/Bench Warrant Issued.

[ ]    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[X]    Other Instructions:

Zoom Webinar ID: 161 926 0804. Passcode: 050855.

**JUDICIAL OFFICER**                    March 24, 2022
                                           **DATE**

*(Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA · Judge Joseph C. Spero)*