# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### ZOOM CRIMINAL MINUTE ORDER

| **Case No.:** 21-mj-71960-MAG-1 (JCS) | **Case Name:** USA v. Christopher James Wagner (Present by Zoom video. No Custody) | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: March 25, 2022 | **Time:** 11:02-11:33 (31 M) |

**Attorney for Plaintiff:**  Kenneth Chambers
**Attorney for Defendant:**  Daniel Blank, AFPD
**Interpreter:**  NA
**US Pretrial Officer:**  Jalei Kinder
**US Probation Officer:**  NA

**Deputy Clerk:** Karen Hom                     **Court Reporter:** Debra Pas

### ZOOM PROCEEDINGS

Bond Hearing re: PS8 Memo [dkt 18] - Held

### ORDERED AFTER HEARING

Defendant consents to appearing by Zoom video conference due to the pandemic.

Parties shall meet and confer to work out a solution where one (1) computer can be monitored in lieu of the desktop and if any necessary external peripheral storage devices can go directly from the vendor to the customer(s) with the devices to remain with the customer(s).

Parties shall submit a stipulation to the Court by April 1, 2022, on a protocol where Mr. Wagner can temporarily have access to the external storage device so that he can get his business and tax records

**CASE CONTINUED TO:**   04/01/2022 at 10:30 AM for continued Bond Hearing by Zoom. Zoom Webinar ID: 161 926 0804. Password: 050855. This date will be vacated if the parties submit a stipulation to the Court.