UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
ZOOM CRIMINAL MINUTE ORDER

| Case No.: 21-mj-71960-MAG-1 | Case Name: USA v. Christopher James Wagner (Present, by Zoom video. No custody) | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: April 1, 2022 | Time: 16 M |

**Attorney for Plaintiff:** Kenneth Chambers
**Attorney for Defendant:** Daniel Blank, AFPD
**Interpreter:** NA
**US Pretrial Officer:** Jalei Kinder
**US Probation Officer:** NA

**Deputy Clerk:** Karen Hom                **Court Reporter:** Zoom Webinar Time: 10:40-10:56

## ZOOM PROCEEDINGS

Continued Bond Hearing - Held

## ORDERED AFTER HEARING

Defendant consents to appearing by Zoom video conference in light of the pandemic.

Parties shall submit a stipulation on the protocols for Mr. Wagner to have temporary access to the external USB device so that he may obtain his business and tax records, and the protocol on external peripheral storage devices being sent directly from the vendor to customer(s) by 4/8/2022.

**CASE CONTINUED TO:**   04/29/2022 (already set) at Noon by Zoom Webinar before Judge Hixson for Preliminary Exam or Arraignment. This proceeding will be on Judge Hixson's Zoom Webinar.

**EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT:**