IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER WAGNER,<br><br>  Defendant. | **Case No.:** 3:21–MJ-71960<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |

For the reasons discussed at the last court appearance in the above-captioned matter, the parties, with the concurrence of the Pretrial Services Officer, agree and jointly stipulate that the conditions of pretrial release for Defendant Christopher Wagner be amended as follows regarding his employment obligations:

1. The defendant may take possession of the ioSafe storage device, (USB backup drive) returned by FBI agents to restore necessary business and tax data on his software monitored, desktop computer. This should occur in coordination with Pretrial Services and he may maintain the USB backup drive for no more than 48 hours. The USB drive should then be removed from his possession.

2. The defendant may take possession of the laptop computer returned by FBI agents at the time of his monitoring software installation appointment on the morning of April 12, 2022. Thereafter, and in coordination with Pretrial Services, he may conduct a direct transfer of data from the desktop computer by plugging it into to the laptop computer that same day. Once completed, the defendant will remove the desktop computer from his residence and have only the laptop computer in his possession which he may also utilize to satisfy his employment requirements.

3. The defendant may only utilize USB storage devices for employment purposes and at customer's locations. USB devices needed for customer's will be ordered and shipped directly to their locations and left at their locations thereafter.

IT IS SO STIPULATED.

<u>April 7, 2022</u>      STEPHANIE HINDS
Dated     Acting United States Attorney
    Northern District of California

<u>         /S         </u>
KENNETH CHAMBERS
Assistant United States Attorney

|  |  |
|---|---|
| <u>April 7, 2022</u><br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>_____/S_____<br>DANIEL P. BLANK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

|  |  |
|---|---|
| _____<br>Dated | _____<br>JOSEPH C. SPERO<br>United States Magistrate Judge |